JOSEPH D. CELANO ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF GUILFORD

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*Joseph D. Celano* and *Rose M. Celano,* in support of the petition.

*Joseph C. Lee,* in opposition.

The defendant's motion to dismiss the plaintiffs' petition for certification from the Court of Common Pleas in New Haven County is dismissed.

*Joseph C. Lee,* in support of the motion.

*Joseph D. Celano* and *Rose M. Celano,* in opposition.

Submitted September 13—decided September 25, 1973

MICHAEL MARPLE *v.* HENRY J. NARUK ET AL.

The plaintiff's motion to expedite the appeal from the Superior Court in New Haven County is denied.

*Judith M. Mears,* in support of the motion.

Submitted September 21—decided September 25, 1973

DONALD J. COLASONO ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF GREENWICH ET AL.

The plaintiffs' motion to expedite the appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Matthew J. Forstadt* and *Robert Fain,* in support of the motion.

Submitted September 21—decided September 25, 1973